CHARLIE MOSLEY, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion Filed January 24, 1920.

In a prosecution for larceny where there is substantial uncontroverted evidence to sustain the essential allegations of the indictment including those as to the ownership of the property stolen, a judgment of conviction will not be reversed on the ground that the ownership of the property was not suficiently proven.

A Writ of Error to the Circuit Court for Clay County; George Couper Gibbs, Judge.

Judgment affirmed.

*L. E. Wade*, for Plaintiff in Error;

*Van C. Swearingen*, Attorney General, and *D. Stuart Gillis*, Assistant, for the State.

PER CURIAM.—This writ of error was taken to a conviction of larceny of a cow, the contention here being that the evidence does not support the verdict, mainly in that the ownership of the cow was not proven as alleged.

There is substantial uncontroverted evidence to sustain the allegation as to ownership of the cow by another than the defendant, and no clear showing that the defendant had any property interest in the cow. The verdict was approved by the trial court in denying a new trial and error in doing so does not clearly appear.

Judgment affirmed.

All concur.